# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*August 24, 2007*

[Cite as *08/24/2007 Case Announcements*, 2007-Ohio-4304.]

## MOTION AND PROCEDURAL RULINGS

2007-0325. **State v. Davis.**
Hamilton App. No. C–040665. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of the motion of amicus curiae Office of the Ohio Public Defender to participate in oral argument,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellant.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*August 27, 2007*

[Cite as *08/27/2007 Case Announcements*, 2007-Ohio-4331.]

## RECONSIDERATION OF PRIOR DECISIONS

2007-0096. **State ex rel. Burns Internatl. v. Smith.**
Franklin App. No. 05AP–488, 2006-Ohio-6731. Reported at 114 Ohio St.3d 1495, 2007-Ohio-4119, 871 N.E.2d 1196. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*August 29, 2007*

[Cite as *08/29/2007 Case Announcements*, 2007-Ohio-4285.]

## MERIT DECISIONS WITHOUT OPINIONS

2007-0482. **State ex rel. Schlotman v. Indus. Comm.**
Franklin App. No. 05AP–1076. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.
PFEIFER, J., dissents.

2007-0781. **Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 05–1444–GA–UNC. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.
PFEIFER, J., dissents.

2007-1003. **State ex rel. Martino v. Pasquerilla.**
In Quo Warranto. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.